# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HELEN BRIGGS, LINDA HEILIG, JAMES WILSON, *et al.*, § § § | |
| Plaintiffs, § | |
| v. § § | Case No. 13-CV-1157-M |
| FREEPORT-MCMORAN, INC. f/k/a FREEPORT-MCMORAN COPPER & GOLD INC., FREEPORT MINERALS CORPORATION f/k/a FREEPORT-MCMORAN CORPORATION f/k/a PHELPS DODGE CORPORATION, CYPRUS AMAX MINERALS COMPANY, BLACKWELL ZINC COMPANY, INC., § § § § § § § § | |
| Defendants. § | |

## **DEFENDANTS' LIST OF CLASS CERTIFICATION HEARING WITNESSES**

Kevin A. Gaynor
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037-1701
202.639.6688; 202.879.8888 (fax)

Lewis C. Sutherland
Sandra G. Rodriguez
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
713.758.2367; 713.615.5322 (fax)

Reid E. Robison
Oklahoma State Bar No. 7692
Timothy J. Bomhoff
Oklahoma State Bar No. 13172
MCAFEE & TAFT A PROFESSIONAL
   CORPORATION
Two Leadership Square
211 North Robinson Avenue, Suite 1000
Oklahoma City, Oklahoma 73102
405.235.9621; 405.235.0439 (fax)

Morgan L. Copeland, Jr.
Robert M. Schick
Tracey K. Rice
SCHICK & COPELAND LLP
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
832.849.1800; 832.849.1799 (fax)

*ATTORNEYS FOR DEFENDANTS*

Pursuant to the Court's Order dated May 11, 2015 (Document No. 103), the following will serve as the list of Defendants' potential witnesses for the class certification hearing in the event that the Court elects to hold an evidentiary hearing:

**WITNESSES EXPECTED TO BE CALLED:**

| No. | Witness | Proposed Testimony |
|---|---|---|
| 1. | Dr. Barbara D. Beck<br>Gradient<br>20 University Road<br>Cambridge, MA 02138 | Dr. Beck may provide expert testimony including the opinions she has offered as part of her expert report. Her opinions address (i) the potential for human health risks associated with lead, arsenic and cadmium present on Plaintiffs' properties, (ii) the protectiveness of the existing soil cleanup standards under the Blackwell Soil Record of Decision, and (iii) the extent to which lead, arsenic and cadmium present on the Plaintiff's property would interfere with the use of their property. Dr. Beck may also provide responses to opinions and testimony by Plaintiffs' expert, Dr. Richard DeGrandchamp. For a more complete description please see Expert Report of Barbara Beck served on Plaintiffs on April 27, 2015 (Dkt. 100-3) and incorporated herein by reference. |
| 2. | Mr. William L. Hall, PE<br>NewFields<br>1349 Peachtree Street<br>2 Midtown Plaza<br>Suite 2000<br>Atlanta, GA 30307 | Mr. Hall may provide expert testimony including the opinions he has offered as part of his expert report. His opinions address (i) the evaluation of available sampling data for Plaintiffs' properties and the City of Blackwell, (ii) the identification of sources of lead, arsenic and cadmium with the potential to impact Plaintiffs' properties, (iii) the site-specific evaluations necessary to assess contributions of potential sources of lead, arsenic and cadmium on Plaintiffs' properties, (iv) poor management of lead based paint has contributed to soil lead concentrations at Plaintiffs' properties, and (v) the CERCLA site investigation and remediation process including its implementation in |

1

| | | |
|---|---|---|
| | | Blackwell. As outlined in his report, Mr. Hall may present a "weight of the evidence" opinion on the sources of lead, arsenic and cadmium that builds on work by Susan Litherland, Shahrouk Rhouhani, Mark Williamson, and Stan Hayes.  Mr. Hall may also provide responses to opinions and testimony by Plaintiffs' experts, Dr. Richard DeGrandchamp and Dr. Berton Fisher.  For a more complete description please see Expert Report of William Hall served on Plaintiffs on April 27, 2015 (Dkt. 100-1) and incorporated herein by reference. |
| 3. | Dr. Thomas O. Jackson, AICP, MAI, CRE, FRICS<br>Real Property Analytics, Inc.<br>4805 Spearman Drive<br>College Station, TX 77845-4412 | Dr. Jackson may provide expert testimony including the opinions he has offered as part of his expert report. His opinions address (i) the neighborhoods and property types included in Plaintiffs' proposed class, and (ii) the suitability of addressing valuation of Plaintiffs' properties and Plaintiffs' alleged property value damages on a class-wide basis.  Dr. Jackson may also provide responses to opinions and testimony by Plaintiffs' expert, Dr. Mark Berkman. For a more complete description please see Expert Report of Thomas Jackson served on Plaintiffs on April 27, 2015 (Dkt. 100-7) and incorporated herein by reference. |
| 4. | Ms. Susan T. Litherland, PE<br>SQ Environmental, LLC<br>P.O. Box 1991<br>Austin, TX 78767 | Ms. Litherland may provide expert testimony including the opinions that she has offered as part of her expert report.  Her opinions address (i) visual observations and analyses from her inspection and sampling of Plaintiffs' properties, and (ii) evaluation of property-specific sources of lead, arsenic, and cadmium. For a more complete description please see Expert Report of Susan Litherland served on Plaintiffs on April 27, 2015 (Dkt. 100-8) and incorporated herein by reference. |

**WITNESSES THAT MAY BE CALLED IF THE NEED ARISES:**

| No. | Witness | Proposed Testimony |
|---|---|---|
| 1. | Dr. Mark A. Williamson<br>Geochemical Solutions<br>1943 Lakewood Drive<br>Loveland, CO 80538 | Dr. Williamson may provide expert testimony including the opinions he has offered as part of his expert report. His opinions address geochemical analyses to determine the source of lead found in soil on Plaintiffs' properties. Dr. Williamson may also provide responses to opinions and testimony by Plaintiffs' expert, Dr. Berton Fisher.  For a more complete description, please see Expert Report of Mark Williamson served on Plaintiffs on April 27, 2015 (Dkt. 100-6) and incorporated herein by reference. |
| 2. | Dr. Shahrokh Rouhani, PhD, PE<br>NewFields<br>1349 Peachtree Street<br>2 Midtown Plaza<br>Suite 2000<br>Atlanta, GA 30307 | Dr. Rouhani may provide expert testimony including the opinions he has offered as part of his expert report. His opinions address geostatistical analyses of the soil sampling data for Blackwell and Plaintiffs' properties. Dr. Rouhani may also provide responses to opinions and testimony by Plaintiffs' experts, Dr. Richard DeGrandchamp and Dr. Berton Fisher.  For a more complete description please see Expert Report of Shahrokh Rouhani served on Plaintiffs on April 27, 2015 (Dkt. 100-4) and incorporated herein by reference. |
| 3. | Mr. Stanley R. Hayes | Mr. Hayes may provide expert testimony including the opinions he has offered as part of his expert report. His opinions address analyses of the distribution of the soil sampling data for Blackwell and Plaintiffs' properties as compared to predicted distribution patterns based on modeling of historical air emissions from the smelter. Mr. Hayes may also provide responses to opinions and testimony by Plaintiffs' expert, Dr. Berton Fisher. For a more complete description please see Expert Report of Stanley Hayes served on Plaintiffs on April 27, 2015 (Dkt. 100-5) and incorporated herein by reference. |

| 4. | Mr. Stuart Brown<br>Freeport Minerals Corporation<br>333 N Central Avenue<br>Phoenix, AZ 85004 | Mr. Brown may provide testimony regarding the environmental investigation and remediation work conducted by Defendants in Blackwell, including without limitation the Soil Record of Decision and the Supplemental Soils Program. Mr. Brown has been deposed as a 30(b)(6) witness in this litigation, and may also provide testimony regarding the topics noticed and testimony at that deposition. |
|---|---|---|
| 5. | Mr. John Fenn<br>c/o Freeport Minerals Corporation<br>333 N Central Avenue<br>Phoenix, AZ 85004 | Mr. Fenn may provide testimony regarding the historical operations of the Blackwell Zinc Smelter and the matters addressed during his deposition. |
| 6. | Mr. Kent Alme<br>Freeport Minerals Corporation<br>333 N Central Avenue<br>Phoenix, AZ 85004 | Mr. Alme may provide testimony regarding Defendants' financial and/or accounting processes, including BZC's accounting for environmental response costs, and the matters addressed during his deposition. |
| 7. | The following individually named Plaintiffs:<br>Mr. Michael Assidio<br>Ms. Mindy Beard<br>Ms. Helen Briggs<br>Ms. Sylvia Bryant<br>Ms. Teresa Caldwell<br>Mr. David Cornwell<br>Mr. Cecil Day<br>Mr. Cary Denton<br>Mr. James Dunn<br>Mr. Lester Ebert<br>Ms. Victoria Ebert<br>Mr. Ralph Epperly, Jr.<br>Mr. Ralph Epperly, Sr.<br>Ms. Linda Heilig<br>Mr. Christopher Glass<br>Mr. Jacob Glass<br>Mr. Kenneth Glass<br>Mr. Cecil Greenfield<br>Mr. Gary Haskins | Defendants may offer testimony by the listed individual plaintiffs regarding matters addressed during their depositions. |

|   |   |   |
|---|---|---|
|   | Ms. Sherri Littlefield<br>Mr. Terry Littlefield<br>Mr. James Lively<br>Ms. Rhonda Loveall<br>Ms. Susan McEachern<br>Mr. Mitchell Newton<br>Mr. John North<br>Mr. Bo Pannell<br>Mr. Joby Parr<br>Ms. Karen Roberts<br>Ms. Pershawnia Scrimsher Atchley<br>Mr. Delbert Shirley<br>Ms. Jewel Shope/Swope<br>Ms. Delores Shorey<br>Mr. Sam Shorey<br>Mr. James Smith<br>Mr. Keith Snow<br>Mr. Russell Sodowsky<br>Mr. Kathleen Spence<br>Mr. Cecil Steuver<br>Mr. Melvin Tannehill<br>Ms. Dawn Thele<br>Ms. Vicky Thele<br>Mr. John West<br>Ms. Darlene Wieland<br>Ms. Kathy Williamson<br>Mr. Marion Williamson, Jr.<br>Ms. Carolyn Wilson<br>Ms. James Wilson<br>Ms. Barbara Wynn<br>Mr. Darin Wynn<br>Mr. Jack Wynn<br>Ms. Thurra Wynn<br><br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th Street, Suite 100<br>Tulsa, Oklahoma 74104 |   |
| 8. | Any witness necessary for rebuttal purposes |   |
| 9. | Any witness listed by Plaintiffs |   |

5

| | (subject to previously filed objections or motions to exclude) | |
|---|---|---|

 

                                          Respectfully submitted,

By: /s/ *Morgan L. Copeland, Jr.*

| Kevin A. Gaynor | Reid E. Robison |
|---|---|
| VINSON & ELKINS LLP | Oklahoma State Bar No. 7692 |
| 2200 Pennsylvania Avenue NW | Timothy J. Bomhoff |
| Suite 500 West | Oklahoma State Bar No. 13172 |
| Washington, DC 20037-1701 | MCAFEE & TAFT A PROFESSIONAL |
| Telephone: 202.639.6688 |   CORPORATION |
| Facsimile: 202.879.8888 | Two Leadership Square |
| kgaynor@velaw.com | 211 North Robinson Avenue, Suite 1000 |
| | Oklahoma City, Oklahoma 73102 |
| Lewis C. Sutherland | Telephone: 405.235.9621 |
| Sandra G. Rodriguez | Facsimile: 405.235.0439 |
| VINSON & ELKINS LLP | reid.robison@mcafeetaft.com |
| 1001 Fannin Street, Suite 2500 | tim.bomhoff@mcafeetaft.com |
| Houston, Texas 77002 | |
| Telephone: 713.758.2367 | Morgan L. Copeland, Jr. |
| Facsimile: 713.615.5322 | Robert M. Schick |
| lsutherland@velaw.com | Tracey K. Rice |
| srodriguez@velaw.com | SCHICK & COPELAND LLP |
| | 3700 Buffalo Speedway, Suite 960 |
| | Houston, Texas 77098 |
| | Telephone: 832.849.1800 |
| | Facsimile: 832.849.1799 |
| | rschick@schickcopeland.com |
| | mcopeland@schickcopeland.com |
| | trice@schickcopeland.com |

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jason Aamodt (jason@aamodt.biz)

Krystina E. Phillips (krystina@aamodt.biz)

Deanna L. Hartley-Kelso (deanna@aamodt.biz)

Dallas L.D. Strimple (dallas@aamodt.biz)

Trae Gray (tg@landownerfirm.com)

Ryan Ellis (ryanellis@landownerfirm.com)

/s/ *Morgan L. Copeland, Jr.*
Morgan L. Copeland, Jr.