# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HELEN BRIGGS et al.,** | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) Case No. CIV-13-1157-G |
| **FREEPORT-MCMORAN COPPER & GOLD, INC., et al.,** | ) ) ) ) |
| **Defendants.** | ) ) |

## JUDGMENT

In accordance with the Opinion and Order issued this date, judgment is hereby entered in favor of Defendants.

ENTERED this 6th day of March, 2019.

_____
CHARLES B. GOODWIN
United States District Judge